UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DR. STEPHANIE W. MCKENNIE,

    Plaintiff,

    v.     Case No.: 22-835

EXCELSIOR COLLEGE,

    Defendant.

## STIPULATION FOR DISMISSAL

The Parties, by and through their respective counsel, hereby stipulate that the Court may enter an Order dismissing this action, with prejudice, and without costs or attorneys' fees to either party.

Dated: January 17, 2023.

| ALAN C. OLSON & ASSOCIATES, S.C. | JACKSON LEWIS PC |
|---|---|
| s/ Alan C. Olson<br>Alan C. Olson<br>State Bar No. 1008953<br>Nicholas O. Yurk<br>State Bar No. 1095278<br>2880 S. Moorland Road<br>New Berlin, WI 53151<br>Phone: 262-785-9606<br>AOlson@Employee-Advocates.com<br>NYurk@Employee-Advocates.com<br><br>Attorneys for Plaintiff | s/ Sharon K. Mollman Elliott<br>Sharon K. Mollman Elliott<br>State Bar No. 1022463<br>22 E. Mifflin Street, Suite 800<br>Madison, WI 53703<br>Direct Phone: 608-807-5280<br>Main: 608-729-5528<br>Sharon.Elliott@jacksonlewis.com<br><br>Attorneys for Defendant |